No. 188. KANSAS CITY, MEXICO & ORIENT RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* THE STATE OF TEXAS.

In error to the Supreme Court of the State of Texas. Argued April 17 and 18, 1916.  Decided April 24, 1916. *Per Curiam.*  Dismissed for want of jurisdiction upon the authority of:

(1) *Jones* v. *Montague*, 194 U. S. 147; *Richardson* v. *McChesney*, 218 U. S. 487; *Stearns* v. *Wood*, 236 U. S. 75.

(2) *Kansas City Star Co.* v. *Julian*, 215 U. S. 589; *Forbes* v. *State Council of Virginia*, 216 U. S. 396–399; *St. Louis & San Francisco Railway* v. *Shepherd*, 240 U. S. 240.

(3) *Henkel* v. *Cincinnati*, 177 U. S. 170; *Fullerton* v. *Texas*, 196 U. S. 192, 194; *Allen* v. *Arguimbau*, 198 U. S. 149, 156; *Cleveland & Pittsburgh R. R.* v. *Cleveland*, 235 U. S. 50, 55.

(4) *Deming* v. *Carlisle Packing Co.*, 226 U. S. 102; *Consolidated Turnpike* v. *Norfolk &c. Ry.*, 228 U. S. 596, 600; *Parker* v. *McLain*, 237 U. S. 469, 471.  See *Pinney* v. *Nelson*, 183 U. S. 144, 147; *Abilene National Bank* v. *Dolley*, 228 U. S. 1, 5; *Lake Shore & Michigan So. Ry.* v. *Ohio*, 173 U. S. 285, 289, *et seq.; Cincinnati, Indianapolis & W. Ry.* v. *Connersville*, 218 U. S. 336; *Missouri Pacific Railway* v. *Kansas*, 216 U. S. 262, 283 *et seq.  Mr. Herbert S. Garrett,  Mr. Robert Lynn Batts* and *Mr. John A. Eaton* for the plaintiff in error.  *Mr. Benjamin F. Looney* and *Mr. Frank L. Snodgrass* for the defendant in error.